[No. 32679-5-II. Division Two. February 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADLEY D. KENYON, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 04-1-00214-1, James B. Sawyer II, J., entered December 16, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Penoyar, JJ.

[No. 32711-2-II. Division Two. February 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KATHY ANNE RAY, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01006-1, James J. Stonier, J., entered December 16, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Penoyar, JJ.

[No. 32792-9-II. Division Two. February 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. WESLEY DAVID ELLIS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01161-1, Anna M. Laurie, J., entered January 19, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Penoyar, JJ.

[No. 32944-1-II. Division Two. February 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DEVANTE M. SWENSON-TUCKER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-8-00886-1, M. Karlynn Haberly, J., entered February 16, 2005. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.